THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN HICKEY, Appellant.

Submitted January 3, 1939; decided January 10, 1939.

*John J. Bennett, Jr., Attorney-General* (*Sol Ullman* of
counsel), for motion.

*Walter L. Post* opposed.

Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* VINCENT FORTE, Appellant.

Submitted January 3, 1939; decided January 10, 1939.

Motion for reargument denied.    (See 279 N. Y. 204.)